**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6439

AEDAN MCCARTHY,

                   Petitioner - Appellant,

          v.

M. PETTIFORD, Warden, FCI Bennettsville,

                   Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Margaret B. Seymour, District Judge.
(8:07-cv-00243-MBS)

Submitted:  September 11, 2008      Decided:  September 16, 2008

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Aedan McCarthy, Appellant Pro Se.  Beth Drake, Assistant United
States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aedan McCarthy, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McCarthy v. Pettiford, No. 8:07-cv-00243-MBS (D.S.C. Mar. 4, 2008). We deny McCarthy's motion to place his appeal in abeyance pending completion of his transfer to another facility. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2